**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 458 MAL 2018
                                             :
          Respondent          :
                                             :   Petition for Allowance of Appeal from
                                           :   the Order of the Superior Court
              v.                    :
                                               :
                                             :
CHRISTOPHER YOUNG,            :
                                             :
          Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.